UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                               )
RODERICK M. CONVERSE              )         CASE NO: 19-00219-RLM13
    Debtor(s)                                    )

## AMENDED DEBTORS OBJECTION TO CLAIM #1
## AND NOTICE OF RESPONSE DEADLINE

DEBTORS file(s) this Objection to Claim pursuant to Fed.R.Bankr.P. 3007(a) as to claimant US Bank National Association as Trustee/Ocwen Loan Servicing LLC filed on February 21, 2019.  Debtor objects to the proof of claim as filed for the belief that it is overstated and incorrect as filed.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within 30 days of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court -Room 116
Birch Bayh Federal Building and United States Courthouse
46 E. Ohio Street
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief may be granted.**
If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Debtors move(s) the Court for an order disallowing Creditors Claim.

By: /s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
Law Office of Mark S. Zuckerberg, PC
429 North Pennsylvania Street, Suite 100
Indianapolis, Indiana 46204
Filings@mszlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by first class United States mail, postage prepaid, or by the Courts Electronic Case Filing System this 28th day of February 2019:

US Trustee
Chapter 13 Trustee
Debtor

Ocwen Loan Servicing LLC
Attn: Bankruptcy Dept.
POB 24605
West Palm Beach FL 33416-4605

**And via Certified mail on the 28th day of February 2019 to the following:**

US Bank
Highest Ranking Officer
80 S. 8th Street
Suite 224
Minneapolis MN 55402

                                              By: /s/ Mark S. Zuckerberg
                                              Mark S. Zuckerberg #13815-49