UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Roderick M Converse**,
SSN: xxx–xx–0492    EIN: NA
    719 Kessler Blvd. E. Dr.
    Indianapolis, IN 46220
       Debtor.

Case No. **19–00219–RLM–13**

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on November 19, 2019, by Debtor Roderick M Converse. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 19, 2019, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 21, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court