UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
RODERICK M. CONVERSE ) CASE NO. 19-00219-RLM-13
)
DEBTOR(S) )

## AGREED ENTRY ON TRUSTEE'S MOTION TO DISMISS

The parties hereto agree that the debtor's plan shall be modified to resolve the pending Motion. This agreement meets the requirements of 11 U.S.C. section 1322, and becomes part of the debtor's plan without any necessity for notice herein. The agreement is as follows:

The Debtor has paid $25,000.00 through January 2020 (12 months); then he will pay $2,500.00 per month for 36 months; then he will pay $2,918.00 per month, continuing until a plan base of $150,000.00 has been met.

All other plan terms shall remain the same.

DATE: 2/5/20

DATE: 1-31-2020