B2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of Indiana

In re:   Roderick M Converse

Case No. 19-00219-RLM-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, as Trustee, for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC2 | U.S. Bank National Association, as Trustee, for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PHH Mortgage Corporation
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605
Phone:   855-689-7367
Last Four Digits of Acct #:    4539

Court Claim # (if known):    1-1
Amount of Claim:    $337,498.73
Date Claim Filed:    February 21, 2019

Phone:    888-554-6599
Last Four Digits of Acct #:    9283

Name and Address where transferee payments should be sent (if different from above):
PHH Mortgage Services
Mailstop SBRP
PO Box 5469
Mount Laurel, NJ 08054
Phone:    800-750-2518
Last Four Digits of Acct #:    4539

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Robert S. Kruszynski          Date:   June 29, 2020
        Transferee /Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.