UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:                                           ) | |
| RODERICK M. CONVERSE           ) | CASE NO. 19-00219-RLM13 |
| DEBTOR(S).            ) | |

**<u>MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY PROCEEDINGS</u>**

Comes now Debtor, by counsel, Mark S. Zuckerberg, and respectfully requests the Court to enter an Order dismissing the within bankruptcy proceeding pursuant to Bankruptcy Rule 1017 and in support of said Motion states the following:

1. The Debtor filed a Petition under Chapter 13 Title 11 of the United States Bankruptcy Code on January 14, 2019.

2. It is Debtors desire that the proceeding be dismissed.

WHEREFORE, Debtor respectfully requests that this Court enter an Order dismissing the within captioned Bankruptcy Proceeding pursuant to Bankruptcy Rule 1017(a) and for all other just and proper relief.

Respectfully submitted,

By: /s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
429 North Pennsylvania Street
Suite 100
Indianapolis, Indiana  46204
Filings@mszlaw.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 1st day of October 2020:

US Trustee – ustpregion10.in.ecf.usdoj.gov
Ann M. DeLaney - Chapter 13 Trustee

Roderick Converse
719 Kessler Blvd
Indianapolis IN 46220

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg